```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

SARA L. SCALESE,                    )
                                    )
                Plaintiff,          )
                                    )
        v.                          )      No. 4:05CV232 FRB
                                    )
DEPARTMENT OF THE ARMY, et al.,     )
                                    )
                Defendants.         )

## JUDGMENT

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that defendants Department of Army, Human Resources Command-St. Louis (HRC-STL); and Loren Duffy, Agency Representative, Office of the Command Judge Advocate, shall have judgment against plaintiff Sara L. Scalese on plaintiff's Complaint, and plaintiff's Complaint is hereby dismissed with prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this _24th_ day of February, 2006.